**HARWOOD FEFFER LLP**
Joel C. Feffer
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone:  (212) 935-7400
Facsimile:  (212) 753-3630

Attorneys for Plaintiff Lawrence Corneck
 and proposed Plaintiff Stewart D. Pollak

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | **MDL No. 12-2389 (RWS)** <br><br> **ECF Case** <br><br> This document relates to the Consolidation Securities Action: |

| | |
|---|---|
| No. 12-cv-4081 | No. 12-cv-4763 |
| No. 12-cv-4099 | No. 12-cv-4777 |
| No. 12-cv-4131 | No. 12-cv-5511 |
| No. 12-cv-4150 | No. 12-cv-7542 |
| No. 12-cv-4157 | No. 12-cv-7543 |
| No. 12-cv-4184 | No. 12-cv-7544 |
| No. 12-cv-4194 | No. 12-cv-7545 |
| No. 12-cv-4215 | No. 12-cv-7546 |
| No. 12-cv-4252 | No. 12-cv-7547 |
| No. 12-cv-4291 | No. 12-cv-7548 |
| No. 12-cv-4312 | No. 12-cv-7550 |
| No. 12-cv-4332 | No. 12-cv-7551 |
| No. 12-cv-4360 | No. 12-cv-7552 |
| No. 12-cv-4362 | No. 12-cv-7586 |
| No. 12-cv-4551 | No. 12-cv-7587 |
| No. 12-cv-4648 | |

**DECLARATION OF STEWART D. POLLAK IN SUPPORT OF**
**MOTION FOR SUBSTITUTION OF ESTATE, AND FOR SUGGESTION**
**OF DEATH OF PLAINTIFF LAWRENCE CORNECK**

Stewart D. Pollak, pursuant to 28 U.S.C. § 1746(2), declares the following:

1.     Lawrence Corneck, a plaintiff in the above-captioned consolidated action, as well as in 12-cv-4215 (RWS), died on November 14, 2014.  A copy of his Death Transcript is annexed hereto as Exhibit A.

2.     I was appointed his executor by the Surrogate's Court of the State of New York, New York County on December 22, 2014.  A copy of the Certificate of Appointment of Executor is annexed hereto as Exhibit B.

3.     I was advised by Samuel K. Rosen, Esq., of Harwood Feffer LLP, that he has tried to obtain consent to my substitution in this action, but neither Lead Counsel nor Defendants' Counsel has responded to his requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of May 2015, at New York, New York.

Stewart D. Pollak

# Exhibit A

# VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

DATE FILED THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### CERTIFICATE OF DEATH
Certificate No. 156-14-045596

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
NOVEMBER 16, 2014 02:21 PM

1. DECEDENT'S LEGAL NAME: LAWRENCE CORNECK
(First, Middle, Last)

| | | | | | |
|---|---|---|---|---|---|
| Place Of Death | 2a. New York City / 2b. Borough: **Manhattan** | 2c. Type of Place: 1☐ Hospital Inpatient, 2☒ Emergency Dept./Outpatient, 3☐ Dead on Arrival | 4☐ Nursing Home/Long Term Care Facility, 5☐ Hospice Facility, 6☐ Decedent's Residence, 7☐ Other Specify ___ | 2d. Any Hospice care in last 30 days: 1☐ Yes, 2☐ No, 3☒ Unknown | 2e. Name of hospital or other facility (if not facility, street address): **New York Weill Cornell Medical Center** |

| Date and Time of Death | 3a. (Month) November | (Day) 14 | (Year-yyyy) 2014 | 3b. Time 06:56 ☐AM ☒PM | 4. Sex Male | 5. Date last attended by a Physician: mm 11, dd 14, yyyy 2014 |
|---|---|---|---|---|---|---|

6. Certifier I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Physician: **Marilyn Howell MD** (Type or Print)

Signature: *Marilyn Howell* ☐ D.O. ☒ M.D.
Signature Electronically Authenticated

Address: **525 E 68th Street, New York, New York 10065**

License No. **251263** Date **NOV-14-2014**

| 7a. Usual Residence State | 7b. County | 7c. City or Town | 7d. Street and Number | Apt. No. | ZIP Code | 7e. Inside City Limits? |
|---|---|---|---|---|---|---|
| New York | New York | New York | 211 W 56th Street | # 27 M | 10019 | 1☒ Yes 2☐ No |

| 8. Date of Birth (Month) February | (Day) 13 | (Year-yyyy) 1947 | 9. Age at last birthday (years) 67 | Under 1 Year: Months, Days / Under 1 Day: Hours, Minutes | 10. Social Security No. 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 |
|---|---|---|---|---|---|

| 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired") Lawyer | 11b. Kind of business or industry: Scientific Games Corporation | 12. Aliases or AKAs: Lawrence J. Corneck |
|---|---|---|

13. Birthplace (City & State or Foreign Country): **New York, New York**

14. Education (Check the box that best describes the highest degree or level of school completed at the time of death)
1☐ 8th grade or less; none
2☐ 9th – 12th grade; no diploma
3☐ High school graduate or GED
4☐ Some college credit, but no degree
5☐ Associate degree (e.g., AA, AS)
6☐ Bachelor's degree (e.g., BA, AB, BS)
7☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
8☒ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

| 15. Ever in U.S. Armed Forces? 1☐ Yes 2☒ No | 16. Marital/Partnership Status at time of death: 1☐ Married, 2☐ Domestic Partnership, 3☐ Divorced, 4☐ Married, but separated, 5☒ Never Married, 6☐ Widowed, 7☐ Other, Specify ___, 8☐ Unknown | 17. Surviving Spouse's/Partner's Name (if wife; name prior to first marriage)(First, Middle, Last): *** *** |
|---|---|---|

| 18. Father's Name (First, Middle, Last): Joseph Corneck | 19. Mother's Maiden Name (Prior to first marriage) (First, Middle, Last): Jane Pokryszko |
|---|---|

| 20a. Informant's Name: Norman Field | 20b. Relationship to Decedent: Executor | 20c. Address (Street and Number) Apt. No. City & State: 89 Cayuga Avenue, Oceanport, New Jersey | ZIP Code: 07757 |
|---|---|---|---|

| 21a. Method of Disposition: 1☐ Burial, 2☐ Cremation, 3☒ Entombment, 4☐ City Cemetery, 5☐ Other Specify ___ | 21b. Place of Disposition (Name of cemetery, crematory, other place): Woodlawn Cemetery |
|---|---|

| 21c. Location of Disposition (City & State or Foreign Country): Bronx, New York | 21d. Date of Disposition: mm 11, dd 18, yyyy 2014 |
|---|---|

| 22a. Funeral Establishment: John Krtil Funeral Home, Inc. | 22b. Address (Street and Number) City & State ZIP Code: 1297 1st Avenue, New York, New York 10021 |
|---|---|

VR 15 (Rev 01/09)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3 19(b) of the New York City Health Code # the purpose is the evasion or violation of any provision of the Health Code or any other law.


Steven P. Schwartz, Ph.D., City Registrar

November 16, 2014 Order No. 20141112391


The City of New York



X 0 0 7 8 5 2 2 7

# Exhibit B

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

Certificate# 141226

# Surrogate's Court of the State of New York
# New York County

File#: 2014-4693

## Certificate of Appointment of Executor

To all to whom these presents shall come or may concern,

That we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on December 22, 2014 by said court, PRELIMINARY LETTERS TESTAMENTARY on the goods, chattels and credits of Lawrence J Corneck, deceased, late of the County of New York were granted unto the fiduciaries listed below.

**Name of Decedent:**   Lawrence J Corneck
aka    Lawrence Corrieck

**Date of Death:**   November 14, 2014

**Domicile:**   County Of New York

**Fiduciary Appointed:**   Stewart D Pollak

**Letters Issued:**   PRELIMINARY LETTERS TESTAMENTARY

**Letters Issued On:**   December 22, 2014

and such Letters are unrevoked and in full force as of this date.

Dated: December 24, 2014
New York, New York

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Honorable Rita Mella, Judge of the New York County Surrogate's Court.

Diana Sanabria, Chief Clerk
New York County Surrogate's Court

This Certificate is Not Valid Without the Raised Seal of the New York County Surrogate's Court and expires six months from the issue date of this certificate.